**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM ENGLAND,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:17-cv-00714-APG-CWH

**ORDER**

**I.    DISCUSSION**

Based on this Court's records, it appears that Plaintiff is no longer at the address listed with the Court. The postal service has returned this Court's last two mailings to Plaintiff as undeliverable. (*See* ECF No. 5, 6). The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff until Friday, July 14, 2017, to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, July 14, 2017, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before July 14, 2017.

///

///

///

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, the Court will recommend that the case be dismissed without prejudice.

DATED: June 20, 2017

_____
United States Magistrate Judge