UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIAM ENGLAND,

Plaintiff,

v.

STATE OF NEVADA et al.,

Defendants.

Case No. 2:17-cv-00714-APG-CWH

**ORDER**

**I.    DISCUSSION**

On July 21, 2017, this Court dismissed Plaintiff's case, without prejudice, for failure to file an updated address in compliance with this Court's June 2017 order. (ECF No. 9). On July 28, 2017, Plaintiff filed a notice of his change of address. (ECF No. 12).

On August 1, 2017, Plaintiff filed a motion for reconsideration to reopen Plaintiff's case. (ECF No. 13). Based on the allegations in the motions, Plaintiff filed a change of address with the Court in April 2017 when he left prison. (*Id.* at 1-2). However, the Court did not receive that notification. (*Id.* at 2). In July 2017, Plaintiff called the Clerk's Office regarding the status of his case. (*Id.*) The Clerk's Office told him that they had not received his change of address notice and that he should file one. (*Id.* at 2). On July 28, 2017, Plaintiff went to the courthouse in person to file his change of address notice when he learned that his case had been closed. (*Id.*) Plaintiff asks the Court to reconsider its dismissal and to reopen his case. (*Id.*)

The Court grants Plaintiff's motion for reconsideration and reopens the case. The

Court now directs Plaintiff to file an application to proceed *in forma pauperis* for non-prisoners. The Court will place Plaintiff's case back in line for screening and will issue a separate screening order on Plaintiff's complaint. The screening process will take several months.

## II.  CONCLUSION

For the foregoing reasons, it is ordered that the motion for reconsideration (ECF No. 13) is granted.

It is further ordered that the Clerk of the Court shall vacate the dismissal order and judgment (ECF No. 9, 10) entered in this case and reopen the case.

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

Dated: August 4, 2017.

_____
UNITED STATES DISTRICT JUDGE