FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM ENGLAND, | Case No. 2:17-cv-00714-APG-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants. | |

I. **DISCUSSION**

Based on this Court's records, it appears that Plaintiff is no longer at the address listed with the Court. The postal service returned this Court's last mailing to Plaintiff as undeliverable. (*See* ECF No. 23). The Attorney General's Office also had its mail to Plaintiff returned as undeliverable. (*See* ECF No. 20-1).

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

On June 20, 2017, this Court warned Plaintiff about the repercussions of failing to keep his address updated with the Court. (ECF No. 7). Due to Plaintiff's previous warning about keeping his address updated with the Court, the Court grants Plaintiff until Friday,

July 06, 2018 to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, July 06, 2018, the Court will recommend dismissal of this case with prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before Friday, July 06, 2018.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will recommend dismissal of this case with prejudice.

DATED THIS 4th day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE